LISA C. GILINGER
635 NO. ALISOS ST.
SANTA BARBARA, CA 93103
CALIFORNIA STATE BAR NO. 177208
805 568 5370 fax 805 568 5149
lisa@lisagilinger.com

Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| LOIS DINGLE TAYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION<br><br>Defendant | Case No.: No. 2:10-cv-08867-JFW –AGR<br><br><br>**ORDER FOR ATTORNEY FEES UNDER EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of of THIRTY FIVE HUNDRED DOLLARS AND ZERO/CENTS ($3500.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation. Any payment shall be delivered to Plaintiff's counsel.

**IT IS SO ORDERED.**

DATE: September 15, 2011

John F. Walter /s/
~~ALICIA G. ROSENBERG~~
DISTRICT
UNITED STATES ~~MAGISTRATE~~ JUDGE